IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MAREK MINTA,

      Appellant,

 v.

Case No.  5D22-670
LT Case No. 05-2009-DR-54683

ERIN ELIZABETH MINTA,

      Appellee.

_____/

Decision filed November 1, 2022

Appeal from the Circuit Court
for Brevard County,
Jennifer Opel Taylor, Judge.

Jason M. Gordon, of Gordon &
Thalwitzer, Cocoa Beach, for
Appellant.

David J. Wolfman, of Wolfman &
Wolfman, P.A., Melbourne, for
Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, COHEN and TRAVER, JJ., concur.